IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ULISBAN SHAWN BRYANT,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-2981

Opinion filed July 24, 2014.

An appeal from the Circuit Court for Bradford County.
James P. Nilon, Judge.

Nancy A. Daniels, Public Defender, and Joel Arnold, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Kristen Bonjour, Assistant Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.  See Bryson v. State, 42 So. 3d 852 (Fla. 1st DCA 2010).

VAN NORTWICK, CLARK, and SWANSON, JJ., CONCUR.